02-11-319-CR and 02-11-320-CR












 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO.
02-11-00319-CR

NO.
02-11-00320-CR

 

 


 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 
 
 
  
 V.
  
 
 
 
 
 David Wayne Butler
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM Criminal
District Court No. 1 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

         
We have considered the State’s “Motion To Dismiss
State's Brief Appeal.”  The motion complies with rule 42.2(a) of the rules
of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision
of this court having been delivered before we received this motion, we grant
the motion and dismiss the appeal.  See Tex. R. App. P. 43.2(f).

 

PER
CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED:  November
23, 2011



 









[1]See Tex. R. App. P. 47.4.